JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 25-02477-KK-BFMx** | Date: | January 6, 2026 |

Title: *Mya Freeman v. Jefferson Capital Systems LLC*

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:**    (In Chambers) Order Dismissing Action Without Prejudice

On September 25, 2025, the Court issued an Order denying plaintiff Mya Freeman's ("Plaintiff") request to proceed in forma pauperis and requiring Plaintiff to pay the filing fee in full within 30 days. ECF Docket No. ("Dkt.") 9. Accordingly, Plaintiff was to pay the filing fee by October 27, 2025. Plaintiff was expressly advised failure to comply would result in this action being dismissed without prejudice. Id. To date, Plaintiff has not paid the required filing fee.

Accordingly, the instant action is DISMISSED WITHOUT PREJUDICE. (JS-6)

**IT IS SO ORDERED**.